Elayna J. Youchah, Bar #5837
youchahe@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Mandalay Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN R. PHILLIPS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY CORP., d/b/a Mandalay Bay Resort & Casino;<br><br>Defendant. | Case No. 2:16-cv-00143-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 5th day of August, 2016.

| GUINNESS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| /s/ Guinness Ohazuruike<br>Guinness Ohazuruike, Bar #11321<br>6845 W. Charleston Blvd., Ste. A<br>Las Vegas, Nevada 89117 | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar #5837<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Edwin R. Phillips* | *Attorneys for Defendant*<br>*Mandalay Corp.* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge

Dated: August 8, 2016